UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 17-CV-20268-UU

MAX PRINTEMPS,

    Plaintiff,

v.

MIAMI-DADE COUNTY, FLORIDA,
OFFICER MARTIN (Badge No. 5704),
and CHERYL REICH,

    Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that the action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

Dated: November 15, 2017.

| | |
|---|---|
| **ALAN & LOCKE**PLLC | Miami-Dade County Attorney's Office |
| Attorneys for Plaintiff | Attorneys for Defendant, Miami-Dade |
| 777 S Flagler Drive | County, Florida and Officer Martin |
| West Tower – 8th Floor | 111 N.W. 1st Street, Suite 2810 |
| West Palm Beach, Florida 33401 | Miami, Florida 33128 |
| 800.909.3973 telephone | 305.375.5151 telephone |
| 561.771.0520 facsimile | 305.375.5611 facsimile |
| By: __/s *Wendell Locke*__ | By: __/s *Erica S. Zaron*__ |
|    Wendell Locke, For the Firm |    Erica S. Zaron |
|    Florida Bar No. 119260 |    Florida Bar No. 0514489 |
|    attywtl@alanlockefirm.com |    Erica.Zaron@miamidade.gov |

By: __/s/ *Richard Keith Alan II*__
   Richard Keith Alan II, For the Firm
   Florida Bar No. 120863
   attyrkaii@alanlockefirm.com

*Joint Stipulation of Dismissal With Prejudice*
*Page 2 of 2*

                                        Scott W. Sakin, P.A.
                                        **Attorneys for Cheryl Reich**
                                        519 South Andrews Avenue
                                        Fort Lauderdale, Florida 33301-2831
                                        954.779.7879 telephone
                                        954.463.3604 facsimile

                                  By: ____/s *Scott W. Sakin*_____
                                        Scott W. Sakin
                                        Florida Bar No. 349089
                                        sakinlaw@hotmail.com